IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 08-CR-144 JC |
| | ) | |
| SERGIO BACA, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED MOTION TO DISMISS THE INDICTMENT

Under the Plea Agreement filed January 7, 2009, the United States of America moves to dismiss the Indictment as to Defendant Sergio Baca only. The Plea Agreement provides that this dismissal is now appropriate.

    Respectfully submitted,

    GREGORY J. FOURATT
    United States Attorney


    Rumaldo R. Armijo
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274

I HEREBY CERTIFY that a copy
of the foregoing pleading was
delivered to opposing counsel
this 10th day of June, 2009.


Rumaldo R. Armijo
Assistant U.S. Attorney