IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CRIMINAL NO. CR 08-144 JC

SERGIO BACA,

        Defendant.

## ORDER DISMISSING THE INDICTMENT

On this day, this Court considered the Motion to Dismiss the Indictment filed by the United States of America. On reviewing the Motion and the consent of Defendant Sergio Baca, and being otherwise fully advised, the Court is of the opinion that the Motion should be granted in all respects.

IT IS THEREFORE ordered that the Indictment as to Defendant Sergio Baca only be and hereby is dismissed.

Entered this 11th day of June, 2009.

                                  s/John Edwards Conway

                                  SENIOR UNITED STATES DISTRICT JUDGE